UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE DONNA VAN TASSEL           Bankr. Case No. 04-10138
FORMERLY HOTALING,

                                         Civil Case No. **1:05-CV-0476**
                 Debtor,                  (LEK)

## **DECISION AND ORDER**

On April 4, 2005, Appellant filed with this Court a Notice of Appeal from an Order of the United States Bankruptcy Court for the Northern District of New York, entered on March 24, 2005. Appellant has not complied with Bankruptcy Rule 8006. This Court has not received a designation of the items to be included in the record on appeal and a statement of issues to be presented as required by the Bankruptcy Rules within ten days of filing the Notice of Appeal. Appellant has not filed for an extension of time in which to comply with Rule 8006 and no further submissions have been received by the Court.

Accordingly, it is hereby:

ORDERED, that the appeal is **DISMISSED**; and it is further

ORDERED that the Clerk of the Court shall serve copies of this order by regular mail upon the parties to this action.

IT IS SO ORDERED.

*[signature]*

Lawrence E. Kahn
U.S. District Judge

DATED:      April 27, 2005
                 Albany, New York